## Commonwealth ex rel. Cohen, Appellant, *v.* Cohen.

 Argued June 20, 1966. *Israel Packel,* with him *David H. Wice,* and *Fox, Rothschild, O'Brien & Frankel,* for appellant; *Herbert Fineman,* with him *Fineman and Fineman,* for appellee.

Order affirmed.